FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 10:00 am, Jul 20, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| VERNON MARCUS COLEMAN, | * |
| Petitioner, | *  CIVIL ACTION NO.: 2:19-cv-89 |
| v. | * |
| LINDA GETER, | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Petitioner Vernon Coleman ("Coleman") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation sent to Coleman at his last known address was returned to the Court as undeliverable. Dkt. No. 19.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Coleman's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order and Local Rules, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court

to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Coleman *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_20\_\_\_ day of \_\_\_July_____, 2020.

                                            HON. LISA GODBEY WOOD, JUDGE
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)